IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DATE**: <u>February 27, 2026</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| JALEN SMTIH | : | NO. 26-23-1 |
| 1009 Druid Circle | | |
| Charlotte, NC 28206 | | |

### NOTICE OF HEARING

**TAKE NOTICE** that the defendant is scheduled for a **ARRAIGNMENT and PLEA HEARING on <u>March 9, 2026, at 10:00 a.m.</u>**, before the **Honorable Nitza I. Quiñones Alejandro** in **<u>Courtroom 8-B, 8th Floor</u>** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☐ **Hearing RESCHEDULED from:**

For additional information, please contact the undersigned.

By:      /s/ Nicole Phillippi
         Deputy clerk for Judge Quiñones
         Phone: 267-299-7461

cc via U.S. Mail:    Defendant
cc via email:        Rocco Cipparone, Esquire
                     Jerome M. Maiatico, AUSA
                     Louis D. Lappen, AUSA
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator